MIDLIGE RICHTER, LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622
James S. Richter

*Attorneys for Plaintiff,*
*Whirlpool Corp.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WHIRLPOOL CORP., | Honorable |
| Plaintiff, | Civil Action No. |
| v. | |
| HAIER GROUP CORP.; HAIER US APPLIANCE SOLUTIONS, INC., D/B/A GE APPLIANCES, | **COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL** |
| Defendants. | |

Plaintiff Whirlpool Corp. ("Whirlpool" or "Plaintiff") brings this Complaint against Defendants Haier Group Corp. and Haier US Appliance Solutions, Inc., d/b/a/ GE Appliances (collectively, "Haier" or "Defendants"), alleging as follows:

### NATURE OF ACTION

1. Pursuant to Local Civil Rule 10.1, the address for the principal place of business for Plaintiff and each Defendant, is as follows:

>Whirlpool Corp.
>2000 North M-63
>Benton Harbor, MI 49022
>
>Haier Group Corporation
>1 Haier Road

1

Qingdao, Shandong 266101, China

Haier US Appliance Solutions, Inc.
d/b/a GE Appliances
GE Appliance Park – Corporate Campus
4000 Buechel Bank Road
Louisville, KY 40225

2. As alleged below, this is an action for patent infringement based on Haier's unlawful use of Whirlpool's patent directed to low-profile microwave hood combination products. Haier copied Whirlpool's award-winning design, and its misconduct has caused Whirlpool significant damage and irreparable harm.

## THE PARTIES

3. Plaintiff Whirlpool Corp. is a Delaware corporation having its principal place of business located at 2000 North M-63, Benton Harbor, MI 49022.

4. Defendant Haier Group Corp. ("Haier Group") is a Chinese corporation having its principal place of business located at 1 Haier Road, Qingdao, Shandong 266101, China.

5. Defendant Haier US Appliance Solutions, Inc., d/b/a GE Appliances ("GE Appliances") is a Delaware corporation having its principal place of business located at GE Appliance Park (Corporate Campus), 4000 Buechel Bank Road, Louisville, KY 40225. On information and belief, GE Appliances is a wholly owned subsidiary of Haier Group.

## JURISDICTION AND VENUE

6. This is a civil action for patent infringement under 35 U.S.C. § 271 *et seq*.

7. This Court has subject matter jurisdiction over this action under the laws of the United States, 28 U.S.C. §§ 1331 and 1338(a).

8. This Court has general personal jurisdiction over Haier because Haier is engaged in substantial and not isolated activity within this judicial district. This Court has specific jurisdiction over Haier because Haier has committed acts giving rise to this action and has

established more than minimum contacts within this judicial district, such that the exercise of jurisdiction over Haier in this Court would not offend traditional notions of fair play and substantial justice. On information and belief, Haier has also placed infringing products into the stream of commerce by shipping those products into New Jersey or knowing that the products would be shipped there. Moreover, on information and belief, Haier has committed or aided, abetted, contributed to, and/or participated in the commission of, acts of infringement of the Asserted Patent that will lead to foreseeable harm and injury to Plaintiff, including within New Jersey.

9. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b)–(c) and 1400(b) for Haier Group, a Chinese company, because suits against foreign entities are proper in any judicial district.

10. Venue is proper as to GE Appliances at least because, on information and belief, GE Appliances has a regular and established place of business in the State of New Jersey. For example, GE Appliances' website connects users to numerous authorized dealers in New Jersey.[1] Additionally, GE Appliances' 2024 Economic Impact Report reflects multiple local delivery locations in New Jersey.[2] GE Appliances is also registered with New Jersey's Division of Revenue and Enterprise Services as a business operating in New Jersey under Business Identification No. 0101040979.[3] Moreover, GE Appliances has previously consented to venue in New Jersey.[4]

---

[1] *See* https://www.geappliances.com/ge/where-to-buy.htm.

[2] *See* https://geappliancesco.com/content/2024_Economic_Impact_Report.pdf, at 3.

[3] *See* https://www.njportal.com/DOR/BusinessNameSearch/Search/BusinessName.

[4] *See Haier US Appliance Solutions, Inc. v. Midea Am. Corp.*, No. 2:25-cv-03189 (D.N.J. April 24, 2025) (complaint for misappropriation of trade secrets); *Dooner et al. v. Haier US Appliance Solutions, Inc.*, No. 1:17-cv-01635 (D.N.J. Jan. 29, 2018) (consent to Jurisdiction by U.S. Magistrate Judge in class action under Fair Labor Standards Act).

11. On information and belief, Haier Group and GE Appliances act in concert either directly or indirectly through one or more of their wholly owned subsidiaries to commercially develop, manufacture, import, market, offer for sale, distribute, and/or sell the infringing products throughout the United States, including within New Jersey. On information and belief, Haier Group and GE Appliances are agents of one another and/or operate in concert as integrated parts of the same business group and enter into agreements with each other that are nearer than arm's length. On information and belief, GE Appliances acts at the direction, and for the benefit, of Haier Group, and is controlled and/or dominated by Haier Group. For example, Haier's corporate profile, available through both the Haier Group website and GE Appliances-Haier website, states that "[w]e have several global premium brands, including . . . GE Appliances[.]"[5] Additionally, when GE Appliances was acquired by the Haier Group in 2016, its then-chairman and Chief Executive Officer Zhang Ruimin described Haier and GE Appliances as having "the same vision" and stated, "together Haier and GE will explore opportunities for joint collaboration and, in doing so, establish a type of new alliance with comprehensive strategic cooperation between two world-class enterprises[.]"[6]

## FACTUAL BACKGROUND

**Whirlpool's Background**

12. Whirlpool is a leading home appliance company dedicated to improving customers' quality of life at home through efficient, reliable, and innovative appliances.[7] As the only major

---

[5] https://www.haier.com/global/about-haier/?to=intro.

[6] Press Release, General Electric (Jan. 15, 2016), https://www.ge.com/news/press-releases/ge-agrees-sell-appliances-business-haier-54b.

[7] *See* https://ar.whirlpoolcorp.com/whirlpool-at-a-glance/.

manufacturer of kitchen and laundry appliances based in the United States, nearly 90% of Whirlpool's 2024 sales occurred in the Americas.[8]

13. Among its areas of specialty, Whirlpool designs and manufactures kitchen appliances, including low-profile microwave hood combination products ("LP-MHCs"). LP-MHCs are designed to fit into the undercabinet hood space above a cooking range, providing a two-in-one kitchen appliance that cooks and provides ventilation.[9] Compared to their traditional counterparts, LP-MHCs have significantly scaled down overall vertical dimensions, allowing their installation in areas that previously could only accommodate a standalone ventilation hood.[10] The benefit of this compact design is preserved through an LP-MHC's robust air circulation of byproducts produced when using the cooking range below (e.g., smoke or grease). An LP-MHC's space-saving properties save countertop space without sacrificing performance, providing users with an efficient and innovative dual-function kitchen appliance.

14. The below images show certain of the components for an exemplary Whirlpool LP-MHC (Model No. WMML5530RZ):



---

[8] *Id.*

[9] https://www.whirlpool.com/blog/kitchen/what-is-a-low-profile-microwave.html.

[10] *See* Exhibit A (U.S. Patent No. 12,289,819) at 1:38-58; 4:40-60.





15. Whirlpool's LP-MHCs created a new, first-to-market category of MHCs, which had a significant impact on the cooking appliance industry and has enjoyed enormous commercial success. Whirlpool's creation of the LP-MHC product category was publicized in the industry and earned Whirlpool a 2019 iF Design Award.[11]

---

[11] https://www.prnewswire.com/news-releases/whirlpool-corporations-innovative-design-wins-big-at-if-design-awards-300813555.html.

16. Whirlpool has also been awarded numerous patents for its innovative LP-MHCs, including the patent identified herein. Whirlpool's products practice the claims of those patents.

**Accused Products and Activities**

17. Commercial success and patenting are often accompanied by copying from competitors. That is the case here. Indeed, subsequent to Whirlpool's product launch, Haier launched a line of copycat products under the GE brand name that practice the Asserted Patent. Haier's website even references the "low profile" design of LP-MHCs, a term coined by Whirlpool after conducting market research:



18. On information and belief, Haier sells the infringing products under the "GE" brand name. Upon information and belief, Haier acts in concert with other manufacturers, including at least Midea Group Co., Ltd. and Midea America Corp. (collectively, "Midea"), by coordinating and entering into agreements to commercially manufacture, import, market, offer for sale, distribute, and/or sell infringing products in the United States, including within New Jersey. On information and belief, Midea manufactures the GE-branded products accused of infringement in this action. Haier's infringing products include at least the following Stock Keeping Unit ("SKU"):

UVM9125STSS. On information and belief, Haier's infringing products, including at least SKU No. UVM9125STSS, are manufactured by Midea. The aforementioned Midea-manufactured products distributed by Haier in the United States are collectively referred to herein as the "Accused Products."

19. The below images show certain of the components for an exemplary Accused Product sold under the GE brand name (SKU No. UVM9125STSS), which constitutes an LP-MHC.







## THE ASSERTED PATENT

20. On April 29, 2025, the United States Patent and Trademark Office issued United States Patent No. 12,289,819 B2 ("the '819 patent"), titled "Combination Microwave and Hood System." The '819 patent lists the following individuals as inventors: Owen (XunCai) Zhang,

9

Michael A. Ledford, Stephen Zheng, and Xiangxu Liu. The '819 patent is valid and enforceable. A copy of the '819 patent is attached as Exhibit A. Whirlpool is the owner of the '819 patent by written assignment. Whirlpool thus has standing to bring suit for infringement of the '819 patent.

21. Whirlpool has complied with the marking requirements under 35 U.S.C. § 287 such that Whirlpool is entitled to collect past damages for infringement of the Asserted Patent. Whirlpool's LP-MHCs practice the Asserted Patent, and Whirlpool's practicing products have been marked with the Asserted Patent number.

## COUNT I

### (Infringement of U.S. Patent No. 12,289,819)

22. Whirlpool realleges and incorporates by reference, as if fully set forth herein, all of the allegations contained in paragraphs 1–21 of this Complaint.

23. On information and belief, Haier makes, uses, imports, offers for sale, and/or sells in the United States the Accused Products that directly infringe at least claims 1-18, 21-22, and 24-30 of the '819 patent, under 35 U.S.C. § 271(a).

24. By way of non-limiting example, Exhibit B, submitted herewith, is a claim chart showing how the Accused Products directly infringe asserted independent claims 1 and 30 of the '819 patent.

25. On information and belief, Haier currently actively induces and has induced infringement of the '819 patent pursuant to 35 U.S.C. § 271(b) through, among other things, actively encouraging others to make, use, import, offer for sale, and/or sell in this judicial district and elsewhere in the United States the Accused Products.

26. For example, Haier actively promotes the sale, use, and importation of the Accused Products in marketing materials, product manuals, and web pages on its website,[12] and through its sales and distribution channels that encourage infringing sales, offers to sell, and importation of the Accused Products. Haier also coordinates with Midea to distribute in New Jersey infringing Accused Products manufactured by Midea.

27. On information and belief, Haier has had knowledge of the '819 patent and that the Accused Products infringe the asserted claims of the '819 patent and learned of this at least from the filing of this Complaint. Contemporaneously with the filing of this Complaint, Whirlpool provided Haier with a copy of the Complaint and exhibits to the Complaint. As a result, Haier received notice of the '819 patent and the infringement at issue no later than the filing of the Complaint. By the time of trial, Haier will have known and intended (since receiving such notice) that its continued actions would infringe and actively induce the infringement of the '819 patent.

28. On information and belief, Haier's infringement of the '819 patent has been and continues to be willful.

29. On information and belief, Haier knew of the '819 patent or was willfully blind to its existence.

30. Haier's infringement of the '819 patent has been without permission, consent, authorization, or license from Whirlpool.

31. As a result of Haier's infringement, Whirlpool has suffered and will continue to suffer damages, including past damages, in an amount to be proved at trial. In addition, Haier's

---

[12] *See, e.g.*, https://www.geappliances.com/appliance/1-2-Cu-Ft-Over-the-Range-Low-Profile-Sensor-Microwave-Oven-UVM9125STSS (web page for UVM9125STSS; markets the Accused Product as fitting "over the range in the same space as a regular undercabinet hood, leaving plenty of countertop space").

infringement caused and will continue to cause Whirlpool irreparable harm, for which there is no adequate remedy at law, warranting an injunction from the Court.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that the Court:

A. Adjudge that Haier has infringed and is infringing one or more claims of the Asserted Patent, directly and/or indirectly, literally, and/or under the doctrine of equivalents;

B. Award damages, including past damages, sufficient to compensate Plaintiff for Haier's infringement under 35 U.S.C. § 284, including an award of treble damages for willful infringement;

C. Find this case exceptional under 35 U.S.C. § 285, and award Plaintiff its reasonable attorneys' fees;

D. Enjoin Haier, and all persons in concert or participation with it, from directly or indirectly infringing one or more claims of the above Asserted Patent, directly and/or indirectly, literally, and/or under the doctrine of equivalents;

E. Award Plaintiff its costs and expenses incurred in this action;

F. Award Plaintiff pre-judgment and post-judgment interest; and,

G. Grant Plaintiff such further relief as the Court deems just and appropriate.

        MIDLIGE RICHTER LLC
        *Attorneys for Plaintiff, Whirlpool Corp.*

        By: *s/ James S. Richter*
             James S. Richter

Dated: November 18, 2025

OF COUNSEL:

Brian E. Ferguson  (*pro hac vice* forthcoming)
Robert T. Vlasis III  (*pro hac vice* forthcoming)
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
202-282-5000
beferguson@winston.com
rvlasis@winston.com

Kurt Mathas (*pro hac vice* forthcoming)
WINSTON & STRAWN LLP
300 N. LaSalle Drive
Suite 4400
Chicago, IL 60654
312-558-5600
kmathas@winston.com

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury of all claims so triable.

                        MIDLIGE RICHTER LLC
                        *Attorneys for Plaintiff, Whirlpool Corp.*

                        By: *s/ James S. Richter*
                                James S. Richter

Dated: November 18, 2025

OF COUNSEL:

Brian E. Ferguson  (*pro hac vice* forthcoming)
Robert T. Vlasis III  (*pro hac vice* forthcoming)
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
202-282-5000
beferguson@winston.com
rvlasis@winston.com

Kurt A. Mathas (*pro hac vice* forthcoming)
WINSTON & STRAWN LLP
300 N. LaSalle Drive
Suite 4400
Chicago, IL 60654
312-558-5600
kmathas@winston.com

## CERTIFICATION PURUSANT TO L. CIV. R. 201.1

Under Local Civil Rule 201.1, the undersigned counsel hereby certifies that to my knowledge, Plaintiff's Complaint seeks damages that exceed the sum of $150,000, exclusive of interest and costs and any claim for punitive damages, and seeks injunctive and other equitable relief, and therefore this action is not appropriate for compulsory arbitration.

*s/ James S. Richter*
James S. Richter

Dated: November 18, 2025

## CERTIFICATION PURSUANT TO L. CIV. R. 11.2

Pursuant to Local Civil Rule 11.2, contemporaneous with the filing of this Complaint, Whirlpool filed a Complaint for Patent Infringement against GE Appliances in the U.S. District Court for the District of Delaware asserting the same Asserted Patent against the same Haier Accused Products. Contemporaneous with the filing of this Complaint, Whirlpool also filed a Complaint for Patent Infringement against Haier with the U.S. International Trade Commission ("ITC"), asserting the same Asserted Patent against the same Haier Accused Products. The ITC action additionally names the following entities as proposed respondents to the investigation: Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"); LG Electronics Inc. and LG Electronics USA, Inc. (collectively, "LG"); Midea Group Co., Ltd. and Midea America Corporation (collectively, "Midea"); Electrolux Professional AB and Electrolux Consumer Products, Inc. (collectively, "Electrolux"); Cosmo Products, LLC; Meyer Corporation, U.S.; Koolmore Supply, Inc.; THOR International d/b/a THOR Kitchen, Inc.; Unique Appliances Ltd.; and CTM Household Appliances Inc. d/b/a FORNO. Whirlpool has additionally

filed similar complaints for patent infringement in the U.S. District Courts against Samsung, LG, Midea, and Electrolux. I hereby certify that the matter in controversy in the above-captioned action against Haier is otherwise not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

*s/ James S. Richter*
James S. Richter

Dated: November 18, 2025